■ SALVATORE A. SCHILLACE, Respondent, v PRICE COMPANY, Doing Business as PRICE CLUB, et al., Defendants. ALLIED BUILDERS, INC., Third-Party Plaintiff-Respondent, v COUSINS ROOFING, INC., Third-Party Defendant-Appellant. [648 NYS2d 397] —Judgment unanimously affirmed without costs. Memorandum: Upon our review of the record, we conclude that plaintiff presented sufficient evidence at trial to support the jury award for future lost wages. Plaintiff's proof "allow[ed] the loss of earnings to be ascertained with reasonable certainty" (*Burdick v Bratt,* 203 AD2d 950, 951, *lv denied* 84 NY2d 801, citing *Reichman v Warehouse One,* 173 AD2d 250, 252, *lv dismissed in part and denied in part* 78 NY2d 1058). (Appeal from Judgment of Supreme Court, Erie County, Michalek, J.— Damages.) Present—Green, J. P., Pine, Fallon, Doerr and Boehm, JJ.